Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−13006−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gina M. Vignola−Madden
   fka Gina Maria Christina Vignola, fka Gina
   Maria Vignola Madden
   10 Frances Ave.
   Linwood, NJ 08221

Social Security No.:
   xxx−xx−0447

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              6/22/22
Time:              09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: May 17, 2022
JAN: kaj

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13006-ABA |
| Gina M. Vignola-Madden | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 17, 2022 | Form ID: 132 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina M. Vignola-Madden, 10 Frances Ave., Linwood, NJ 08221-1406 |
| 519555563 | + | Capital One, Portfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 519555566 | + | Carl E. Schreyer, Jr., 10 Frances Ave., Linwood, NJ 08221-1406 |
| 519555567 | | Labcorp, 3520 NJ-33, Paterson, NJ 07533 |
| 519555575 | + | Wf Crd Svc, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 17 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 17 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519555565 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2022 20:51:15 | Capital One Bank USA NA, PO Box 85015, Richmod, VA 23285-5075 |
| 519564846 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2022 20:51:28 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519555564 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2022 20:51:14 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519555568 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2022 20:51:05 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 519555569 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2022 20:51:18 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 519571085 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2022 20:51:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519555570 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2022 20:51:25 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519555571 | | Email/Text: paula.tilley@nrsagency.com | May 17 2022 20:41:00 | Nationwide Recovery Sv, Po Box 8005, Cleveland, TN 37320 |
| 519555572 | + | Email/Text: bankruptcyteam@quickenloans.com | May 17 2022 20:42:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519555573 | + | Email/Text: ngisupport@radiusgs.com | May 17 2022 20:42:00 | Radiusglobal, 9550 Regency Square Suite 602, Jacksonville, FL 32225-8116 |
| 519562436 | | Email/Text: paula.tilley@nrsagency.com | May 17 2022 20:41:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 519555574 | + | Email/Text: jboehler@shorememorial.org | May 17 2022 20:42:00 | Shore Medical Center, 100 Medical Center Way,, Somers Point, NJ 08244-2300 |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 17, 2022 | Form ID: 132 | Total Noticed: 19 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2022                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Mark G. Carusillo | on behalf of Debtor Gina M. Vignola-Madden mark@carusillolaw.com  melissa@carusillolaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3