UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage LLC

In Re:

Gina M. Vignola-Madden,

Debtors.

Case No.: __22-13006-ABA__

Chapter: __13__

Hearing Date: __9/6/2022__

Judge: __Altenburg__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 10 Frances Avenue (Docket # 21)

_____

Date: 09/01/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*