UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*Mark G. Carusillo, Esq.*
*2050 Fairfax Avenue, Suite B*
*Cherry Hill, NJ 08003*
*(856) 267-5325*
*Attorney for Debtor, Gina M. Vignola-Madden*

In Re:
*Gina M. Vignola-Madden*

Case No.: 22-13006

Chapter: 13

Judge: Hon. Andrew B. Altenburg

# CERTIFICATION OF SERVICE

1. I, Melissa Berg, am the paralegal of Mark G. Carusillo, Esq., who represents the Debtor, Gina M. Vignola-Madden, in this matter.

2. On October 13, 2022, I sent a copy of the Modified Plan via U.S. Mail to:

    KML Law Group, P.C.
    701 Market Street
    Suite 5000
    Philadelphia, PA 19106

    Quicken Loans, Inc.
    1050 Woodward Avenue
    Detroit, MI 48226

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 13, 2022

*/s/ Melissa Berg*
Melissa Berg
Paralegal to Mark G. Carusillo, Esq.