Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−13006−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gina M. Vignola−Madden
   fka Gina Maria Christina Vignola, fka Gina
   Maria Vignola Madden
   10 Frances Ave.
   Linwood, NJ 08221

Social Security No.:
   xxx−xx−0447

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/21/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 21, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Gina M. Vignola-Madden  
    Debtor

Case No. 22-13006-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Nov 21, 2022      Form ID: 148      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina M. Vignola-Madden, 10 Frances Ave., Linwood, NJ 08221-1406 |
| 519555563 | + | Capital One, Portfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 519555566 | + | Carl E. Schreyer, Jr., 10 Frances Ave., Linwood, NJ 08221-1406 |
| 519585610 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519555567 | | Labcorp, 3520 NJ-33, Paterson, NJ 07533 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 21 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 21 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519555565 | | EDI: CAPITALONE.COM | Nov 22 2022 01:38:00 | Capital One Bank USA NA, PO Box 85015, Richmod, VA 23285-5075 |
| 519564846 | + | EDI: AIS.COM | Nov 22 2022 01:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519555564 | + | EDI: CAPITALONE.COM | Nov 22 2022 01:38:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519555568 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2022 20:44:34 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 519584775 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2022 20:44:27 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519555569 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2022 20:44:27 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 519571085 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2022 20:44:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519555570 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2022 20:44:31 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519555571 | | Email/Text: paula.tilley@nrsagency.com | Nov 21 2022 20:36:00 | Nationwide Recovery Sv, Po Box 8005, Cleveland, TN 37320 |
| 519555572 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 21 2022 20:37:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519555573 | + | Email/Text: ngisupport@radiusgs.com | Nov 21 2022 20:36:00 | Radiusglobal, 9550 Regency Square Suite 602, Jacksonville, FL 32225-8116 |
| 519627030 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 21 2022 20:37:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

Case 22-13006-ABA   Doc 35   Filed 11/23/22   Entered 11/24/22 00:13:58   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 21, 2022 | Form ID: 148 | Total Noticed: 22 |

| 519562436 | | Email/Text: paula.tilley@nrsagency.com | Nov 21 2022 20:36:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, CLEVELAND, TN 37320-8005 |
|---|---|---|---|---|
| 519555574 | + | Email/Text: jboehler@shorememorial.org | Nov 21 2022 20:37:00 | Shore Medical Center, 100 Medical Center Way,, Somers Point, NJ 08244-2300 |
| 519555575 | + | EDI: WFFC2 | Nov 22 2022 01:38:00 | Wf Crd Svc, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Mark G. Carusillo | on behalf of Debtor Gina M. Vignola-Madden mark@carusillolaw.com melissa@carusillolaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5