Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

                           Case No.:  22−13006−ABA  
                           Chapter:  13  
                           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Gina M. Vignola−Madden  
   fka Gina Maria Christina Vignola, fka Gina  
   Maria Vignola Madden  
   10 Frances Ave.  
   Linwood, NJ 08221  

Social Security No.:  
   xxx−xx−0447  

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 10, 2023</u>                <u>Andrew B. Altenburg Jr.</u>  
                                        Judge, United States Bankruptcy Court